# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRILLO HUETTEL, LLP <br><br> Plaintiff, <br> vs. <br><br> UNITED STATES SECURITIES AND EXCHANGE COMMISSION <br><br> Defendant. | CASE NO. 11cv65 WQH (CAB) <br><br> ORDER |

HAYES, Judge:

On January 12, 2011, this case was initiated when Plaintiff Carrillo Huettel, LLP filed a Motion to Quash or Modify Securities and Exchange Commission Subpoena. (ECF No. 1). On January 31, 2011, Defendant United States Securities and Exchange Commission filed an Opposition. (ECF No. 10). On February 2, 2011, Plaintiff filed a Reply. (ECF No. 13). On February 11, 2011, the Honorable United States Magistrate Judge Cathy Ann Bencivengo issued an Order denying the Motion to Quash. (ECF No. 17). There is no matter pending before the Court. The Clerk of the Court shall administratively close the case.

DATED: October 10, 2011

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge